143, So. 919

## Ira HARBIN v. STATE.
### 8 Div. 802.

Court of Appeals of Alabama.
May 23, 1933.

BRICKEN, Presiding Judge.
Affirmed.

139 So. 916

## Lester HARBIN v. STATE.
### 8 Div. 435.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Affirmed.

145 So. 919

## Wm. B. HARDEMAN v. STATE.
### 6 Div. 299.

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Appeal dismissed.

141 So. 921

## Zack HARDIN v. STATE.
### 6 Div. 304.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Appeal dismissed.

141 So. 921

## John K. HARRELSON v. STATE.
### 4 Div. 880.

Court of Appeals of Alabama.
May 17, 1932.

BRICKEN, P. J.
Appeal dismissed.

140 So. 925

## Benton HARRIS and Reeder Bishop v. STATE.
### 6 Div. 129, 130.

Court of Appeals of Alabama.
Jan. 19, 1932.

Rehearing Denied March 1, 1932.

Ernest B. Fite, of Hamilton, and H. H. Hamilton, of Russellville, for appellants.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendants were convicted of manufacturing whisky. The sole question presented by this record is the sufficiency of the evidence to sustain a conviction. We have read the record and find the evidence sufficient. The affirmative charge was properly refused.

The judgment is affirmed.

142 So. 922

## Curlie HARRIS v. STATE.
### 8 Div. 488.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.
Appeal dismissed.